62 So.2d 224

**Mrs. B. O. McGREGAR et al. v. Harry G. CRAWFORD et al., Members Board of Adjustment.**

**I Div. 510.**

Supreme Court of Alabama.

Dec. 18, 1952.

———◆———

Holberg, Tully & Aldridge, Mobile, for appellants.

Robt. T. Cunningham, Mobile, for appellees.

FOSTER, Justice.

The motion made by appellees to dismiss the appeal in this case is granted upon authority of Jones v. Crawford, ante, p. 278, 62 So.2d 221.

Appeal dismissed.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.